Frank D. Mylar (5116)
M<span style="font-variant:small-caps">YLAR</span> L<span style="font-variant:small-caps">AW</span>, P.C.
2494 Bengal Blvd.
Salt Lake City, Utah 84121
Phone: (801) 858-0700
Office@MylarLaw.com

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| ESTATE OF MARION HERRERA<br><br>Plaintiffs,<br><br>v.<br><br>WEBER COUNTY, and TERRY THOMPSON in his official capacity,<br><br>Defendants. | **APPENDIX OF EXHIBITS**<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT**<br><br>Case No. 1:17-CV-00145<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |
|---|---|

| **Number** | **Document Description** | **Source of Document** |
|---|---|---|
|  | Declaration of Terry Thompson |  |
| Exhibit 1 | Inmate Reception Policy | Weber County |
| Exhibit 2 | Inmate Monitoring Policy | Weber County |
| Exhibit 3 | Medical Policies | Weber County |
| Exhibit 4 | Incident Reports | Weber County |
| Exhibit 5 | Intake Screening | Weber County |
| Exhibit 6 | Housing Assignment | Weber County |

| Number | Document Description | Source of Document |
|---|---|---|
| Exhibit 7 | Medical Consent | Weber County |
| Exhibit 8 | Medical Intake – Filed Under Seal | Weber County |
| Exhibit 9 | Medical Records – Filed Under Seal | Weber County |
| Exhibit 10 | Observation Notes – Filed Under Seal | Weber County |